Law Offices of Seth W. Wiener
609 Karina court
san ramon, ca 94582
(925) 487-5607
sethwiener@yahoo.com

October 28, 2011

**VIA ECF**

Magistrate Judge Joseph C. Spero
San Francisco Courthouse
Courtroom G – 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:    <u>Khan v. S&C Electric Company</u>, N.D. Cal. Case No. CV 11 3621

Dear Magistrate Judge Spero:

    We are in receipt of the request by Steven L. Brenneman, counsel for Defendant S&C Electric Company to appear telephonically at the Case Management Conference. Plaintiff's counsel does not object to this request, and likewise requests that he be permitted to participate telephonically at the Case Management Conference. Plaintiff's counsel can be reached at (925) 487-5607, or, can coordinate a conference call with Mr. Brenneman's office. Thank you for your attention to this request.

                        Yours truly,

                        *Seth W. Wiener*

                        Seth W. Wiener
                        Attorney for Plaintiff Mohammad Khan

cc:  Steven L. Brenneman, Esq.

IT IS HEREBY ORDERED that counsel shall be on phone standby beginning at 1:30 PM and await the Court's call.

Dated: 10/31/11

