LAW OFFICES

# FORD & HARRISON LLP

A LIMITED LIABILITY PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS AND INDIVIDUALS

55 East Monroe Street, Suite 2900, Chicago, Illinois 60603
Tel (312) 332-0777  Fax (312) 332-6130
www.fordharrison.com

October 28, 2011

Writer's Direct Dial:

STEVEN L. BRENNEMAN
(312) 960-6111
sbrenneman@fordharrison.com

**VIA ECF**

Magistrate Judge Joseph C. Spero
San Francisco Courthouse
Courtroom G - 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   Request for Telephonic Appearance
      <u>Mohammad Khan v. S&C Electric Company (N.D. Cal. No. 3:11-cv-03621)</u>

Dear Magistrate Judge Spero:

The undersigned counsel for Defendant, S&C Electric Company, respectfully requests permission from the Court to appear telephonically at the Case Management Conference scheduled in the above-referenced action on November 4, 2011, commencing at 1:30 p.m. If permitted to appear telephonically, the undersigned counsel may be reached at the following direct land line phone number: (312) 960-6111.

Very truly yours,

FORD & HARRISON LLP

*/s/ Steven L. Brenneman*
Steven L. Brenneman
Admitted *pro hac vice*
Attorney for Defendant S&C Electric Company

SLB:dlw

cc:   Seth W. Wiener, Counsel for Plaintiff Mohammad Khan

IT IS HEREBY ORDERED that counsel shall be on phone standby beginning at 1:30 PM and await the Court's call.

Dated: 10/31/11

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Joseph C. Spero]*

Chicago:370157.1