Seth W. Wiener, California State Bar No. 203747
LAW OFFICES OF SETH W. WIENER
609 Karina Court
San Ramon, CA 94582
Telephone: (925) 487-5607
E-mail: *sethwiener@yahoo.com*

Attorney for Plaintiff
Mohammad Khan

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD KHAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>S&C ELECTRIC COMPANY, a corporation, and DOES 1-20, inclusive,<br><br>Defendants. | CASE NO. 3:11-CV-03621-JCS<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

TO THE COURT:

On November 28, 2011, the Court issued a Case Management and Pretrial Order (Doc. No. 26), referring this case to the Court's ADR program for Mediation, to occur within sixty (60) days. The Court further ordered that an updated joint case management conference statement shall be due by January 6, 2012 and set a further case management conference for January 13, 2012, at 1:30 p.m.

On December 19, 2011, Plaintiff Mohammad Khan and Defendant S&C Electric Company participated in a pre-Mediation conference call with the appointed Mediator, Baldwin Lee, and the parties agreed to participate in a Mediation on January 20, 2012, at 1:00 p.m., the soonest date which the parties and the Mediator were available. The Mediation, if successful, will render further case management in this case unnecessary. Therefore, the parties, through their counsel of record, hereby request that the Court continue the Case Management Conference from January 13, 2012 to February 3, 2012, or the soonest date thereafter that is acceptable to the Court.

Dated: December 23, 2011          LAW OFFICES OF SETH W. WIENER

                                                /s/
By: _____
     Seth W. Wiener
     Attorneys for Plaintiff
     Mohammad Khan

Dated: December 23, 2011          FORD & HARRISON LLP

                                                /s/
By: _____
     Steven Brenneman
     Attorneys for Defendant
     S&C Electric Company

## ORDER

The Court having reviewed the stipulation of Plaintiff Mohammad Khan and Defendant S&C Electric Company, and good cause appearing, hereby continues the Case Management Conference in this action from January 13, 2012 to February 3, 2012, at 1:30 p.m. The parties shall file an updated Joint Case Management Statement by January 27, 2012.

Dated: Dec. 23, 2012

By: _____
Joseph C. Spero
United States Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero]*