Law Offices of Seth W. Wiener
609 Karina court
san ramon, ca 94582
(925) 487-5607
sethwiener@yahoo.com

January 27, 2012

**VIA ECF**

Magistrate Judge Joseph C. Spero
San Francisco Courthouse
Courtroom G – 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:    *Khan v. S&C Electric Company*, N.D. Cal. Case No. CV 11 3621

Dear Magistrate Judge Spero:

    We are in receipt of the request by counsel for Defendant S&C Electric Company to appear telephonically at the Case Management Conference scheduled for February 3, 2012, at 1:30 p.m. Plaintiff's counsel does not object to this request, and likewise requests that he be permitted to participate telephonically at the Case Management Conference. Plaintiff's counsel can be reached at (925) 487-5607, or, can coordinate a conference call with Mr. Brenneman's office. Thank you for your attention to this request.

                Yours truly,

                *Seth W. Wiener*

                Seth W. Wiener
                Attorney for Plaintiff Mohammad Khan

cc:  Steven L. Brenneman, Esq.
      Suheily Natal, Esq.

  IT IS HEREBY ORDERED that counsel shall be on phone standby beginning at
  1:30 PM and await the Court's call.

Dated: Jan. 31, 2012

