LAW OFFICES

# FORD & HARRISON LLP

A LIMITED LIABILITY PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS AND INDIVIDUALS

55 East Monroe Street, Suite 2900, Chicago, Illinois 60603
Tel (312) 332-0777   Fax (312) 332-6130
www.fordharrison.com

Writer's Direct Dial:

SUHEILY NATAL
(312) 960-6138
snatal@fordharrison.com

January 27, 2012

**VIA ECF**

Magistrate Judge Joseph C. Spero
San Francisco Courthouse
Courtroom G - 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

      Re:    Request for Telephonic Appearance
               Mohammad Khan v. S&C Electric Company (N.D. Cal. No. 3:11-cv-03621)

Dear Magistrate Judge Spero:

      The undersigned counsel for Defendant, S&C Electric Company, respectfully requests permission from the Court to appear telephonically at the continued Case Management Conference scheduled in the above-referenced action on February 3, 2012, commencing at 1:30 p.m. (Pacific Standard Time). If permitted to appear telephonically, the undersigned counsel may be reached at the following direct land line phone number: (312) 960-6138.

|  |  |
|---|---|
| IT IS HEREBY ORDERED THAT counsel shall be on phone standby beginning at 1:30 PM and await the Court's call.<br><br>Dated: Jan. 31, 2012<br><br>[Stamp: IT IS SO ORDERED AS MODIFIED, Judge Joseph C. Spero]<br><br>SN:dlw | Very truly yours,<br><br>FORD & HARRISON LLP<br><br>/s/ Suheily Natal<br>Suheily Natal<br>Admitted *pro hac vice*<br>Attorney for Defendant S&C Electric Company |

cc:    Seth W. Wiener, Counsel for Plaintiff Mohammad Khan

Chicago:370774.1

ATLANTA • ASHEVILLE • BIRMINGHAM • CHICAGO • DALLAS • DENVER • JACKSONVILLE • LOS ANGELES • MELBOURNE
MEMPHIS • MIAMI • MINNEAPOLIS • NEW YORK • ORLANDO • PHOENIX • SPARTANBURG • TAMPA • WASHINGTON, D.C.