Law Offices of Seth W. Wiener
609 Karina court
san ramon, ca 94582
(925) 487-5607
sethwiener@YAHOO.COM

May 16, 2012

**VIA ECF**

Magistrate Judge Joseph C. Spero
San Francisco Courthouse
Courtroom G – 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

  Re: *Khan v. S&C Electric Company*, N.D. Cal. Case No. CV 11 3621

Dear Magistrate Judge Spero:

  We are writing with respect to the Case Management Conference scheduled to take place on May 25, 2012, in the above-captioned action. The parties agree that the Case Management Conference should be taken off-calendar. In the event that the Case Management Conference remains on calendar, Plaintiff Mohammad Khan's counsel, Seth W. Wiener, respectfully requests that he be permitted to participate telephonically at the Case Management Conference. Plaintiff's counsel can be reached at (925) 487-5607. Thank you for your attention to this request.

            Yours truly,

            *Seth W. Wiener*

            Seth W. Wiener
            Attorney for Plaintiff Mohammad Khan

cc: Steven L. Brenneman, Esq.

IT IS HEREBY ORDERED THAT Mr. Wiener shall be on phone standby beginning at 1:30 PM and await the Court's call.

Dated: May 16, 2012

