LAW OFFICES

# FORD & HARRISON LLP

A LIMITED LIABILITY PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS AND INDIVIDUALS

55 East Monroe Street, Suite 2900, Chicago, Illinois 60603
Tel (312) 332-0777   Fax (312) 332-6130
www.fordharrison.com

Writer's Direct Dial:

STEVEN L. BRENNEMAN
(312) 960-6111
sbrenneman@fordharrison.com

May 18, 2012

VIA ECF

Magistrate Judge Joseph C. Spero
San Francisco Courthouse
Courtroom G - 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re: Request for Telephonic Appearance
Mohammad Khan v. S&C Electric Company (N.D. Cal. No. 3:11-cv-03621)

Dear Magistrate Judge Spero:

    The parties submitted a Joint Updated Case Management Statement on May 16, 2012, in which the parties agreed that the Case Management Conference scheduled for May 25, 2012 could be stricken. In the event it remains on the calendar, the undersigned counsel for Defendant, S&C Electric Company, respectfully requests permission from the Court to appear telephonically at the Case Management Conference scheduled for May 25, 2012, commencing at 1:30 p.m. (Pacific Time). If permitted to appear telephonically, the undersigned counsel may be reached at the following direct land line phone number: (312) 960-6111.

IT IS HEREBY ORDERED THAT Mr. Brenneman shall be on phone standby beginning at 1:30 PM and await the Court's call.

Dated: May 21, 2012

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Joseph C. Spero]

Very truly yours,

FORD & HARRISON LLP

/s/ Steven L. Brenneman

Steven L. Brenneman
Admitted *pro hac vice*
Attorney for Defendant S&C Electric Company

SLB/gs

cc: Seth W. Wiener, Counsel for Plaintiff Mohammad Khan

Chicago:371547.1